UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARCUS STINSON,

                Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK;
JUDITH BERGTRAUM, in her official and
individual capacity; VINCENT GREEN; in
his official and individual capacity,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

18 CIVIL 5963 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 4, 2020, the Plaintiff's motion to dismiss without prejudice pursuant to Rule 41(a)(2) is granted; accordingly, this case is closed.

**Dated:** New York, New York

      May 5, 2020

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                     **BY:**

                                                      **Deputy Clerk**